UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: 111-97

SERGEI MOROSHKIN

          Plaintiff(s)

-against-

BRITTANY COMMISSO

          Defendant(s)

Index #: 21 CV 8920

Date Filed:

**AFFIDAVIT**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

WILLIE J WOODBURY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.



That on November 1, 2021, Deponent served a true copy of a Summons in a Civil Action and Complaint upon:

Brittany Commisso
c/o Brian Premo
20 Corporate Woods Blvd
Albany NY   12211

via USPS First Class Mail

Sworn to me on:  November 1, 2021

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2025

Gotham Process Inc.
299 Broadway
New York NY  10007

WILLIE J WOODBURY

Docket #:        *1202560*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Sergei Moroshkin
*Plaintiff(s)*

v.

Brittany Commisso
*Defendant(s)*

Civil Action No. 21 CV 8926

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brittany Commisso, address of Commisso lawyer, Brian Premo, 20 Corporate Woods Blvd., Albany, NY 12211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sergei Moroshkin, 865 Madison Avenue, NY, NY 10021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOV. 1, 2021

D Shaw
*Signature of Clerk or Deputy Clerk*